UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05 458 S

| | |
|---|---|
| PHYLLIS BURGESS,<br>Plaintiff<br><br>v.<br><br>NORTH PROVIDENCE HOUSING AUTHORITY, CAROL PONTARELLI, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CHAIR OF THE AUTHORITY, DONNA CONWAY, INDIVIDUALLY AND IN HER CAPACITY AS EXECUTIVE DIRECTOR OF THE AUTHORITY, ROSEMARY ANDREOZZI, INDIVIDUALLY AND IN HER CAPACITY AS VICE CHAIR OF THE AUTHORITY, BENJAMIN ACETO, INDIVIDUALLY AND AS MEMBER OR THE AUTHORITY'S BOARD, JOHN L. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, STEVEN DILORENZO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, AND A TOWN COUNCIL MEMBER JOHN A. ZAMBARANO,INDIVIDUALLY AND AS A MEMBER OF THE NORTH PROVIDENCE TOWN COUNCIL,<br>Defendants. | C.A. NO.: ___________<br><br>PETITION FOR REMOVAL<br><br>R.I. SUPERIOR COURT<br>P.C. NO.: 04-5801 |

**PETITION FOR REMOVAL**

**TO: The United States District Court for the District of Rhode Island**

1. Please take notice that the defendants, North Providence Housing Authority, Carol Pontarelli, Donna Conway, Rosemary Andreozzi, (Benjamin Aceto is deceased), John L. Zambarano and Steven DiLorenzo (Defendant John A. Zambarano, having assented), and state that they are defendants in a civil action filed in the Providence County Superior Court entitled, Phyllis Burgess v. North Providence Housing Authortiy et als, C.A. No. PC 04-5801. Certified copies of the record from the Providence County Superior Court are attached hereto as Exhibit A.

2. The said action was commenced with the filing of Summons and Original Complaint on October 27, 2004.

3. That on October 5, 2005, the Plaintiff filed an Amended Complaint which now includes causes of action over which this court has original jurisidiciton.

4. That the above described action, by virtue of said Amended Complaint is now one of which this court has original jurisdiction, as stated in said Amended Complaint, pursuant to the provisions of 28 U.S.C. § 1331 and is one which may now be removed to this court by the defendants pursuant to 28 U.S.C. § 1441 (a)-(d).

WHEREFORE, Defendants hereby specially appear and petition this Court for removal of the above captioned matter in accordance with 28 U.S.C. § 1441 (a)-(d).

DATED: AT CRANSTON, RHODE ISLAND THIS 3rd DAY OF NOVEMER, 2005.

Defendants by their Attorney (s)

Edward John Mulligan #0143
1220 Pontiac Avenue, Suite 303,
Cranston, R.I. 02920
Tel: (401) 944-5820, and
Joseph M. DiGianfilippo *#0693*
Vieira & DiGianfilippo
50 Park Row West, Suite 101
Providence, R.I. 02903
Tel (401) 453-2950

By:

*Edward John Mulligan*

CERTIFICATION

I hereby certify that I mailed a true copy to the folllowing counsel listed hereinafter, on this 3RD day of November, 2005.

TO:

Richard A. Fairbrothers, Esq.
1313 Washington Street, Suite 515
Boston, MA 02118-2060

Katherine K. Corcoran, Esq.
Desisto Law
211 Angell Street
P.O. Box 2653
Providence, R. I. 02906-2563

*Edward John Mulligan*