**STATE OF RHODE ISLAND**
**PROVIDENCE, SC**

**SUPERIOR COURT**

CA 05 458S

PHYLLIS BURGESS,
Plaintiff,

v.

NORTH PROVIDENCE HOUSING AUTHORITY, CAROL PONTARELLI, IN HER OFFICIAL CAPACITY AS CHAIR OF THE AUTHORITY, DONNA CONWAY, IN HER CAPACITY AS EXECUTIVE DIRECTOR OF THE AUTHORITY, ROSEMARY ANDREOZZI, IN HER CAPACITY AS VICE CHAIR OF THE NPHA BENJAMIN ACETO, AS A MEMBER OF THE AUTHORITY'S BOARD, JOHN L. ZAMBARANO, AS A MEMBER OF THE AUTHORITY'S BOARD, STEVEN DILORENZO, AS A MEMBER OF THE AUTHORITY'S BOARD AND TOWN COUNCIL MEMBER JOHN A. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE NORTH PROVIDENCE TOWN COUNCIL,
Defendants.

**C.A. No. 04-5801**

**PLAINTIFF'S STIPULATION REMOVING WITHOUT PREJUDICE INDIVIDUAL LIABILITY OF NORTH PROVIDENCE HOUSING AUTHORITY DEFENDANTS RESERVING THE RIGHT TO VOID THIS STIPULATINO DEPENDING ON FACTS UNCOVERED DURING DISCOVERY**

NOW COMES, PLAINTIFF, and notifies the Court that she voluntarily stipulates herein to remove from the original and amended Complaint in this case the so-called "Individual Liability" of the North Providence Housing Authority officials made Defendants in this case. This stipulation is without prejudice by agreement of the parties

as Plaintiff is reserving her right to reinstitute said individual liability depending on facts she may uncover during the discovery process in this case.

Please find attached Plaintiff's Second Amended Complaint by Way of Stipulation regarding the changes set forth herein.

Plaintiff,
By Her Attorneys:
LAW OFFICE OF RICHARD A. FAIRBROTHERS

Richard A. Fairbrothers, Esq. # 3980
Law Office of Richard A. Fairbrothers
1313 Washington St., Suite 515
Boston, MA 02118-2060
Tel. (617) 859-4993
Fax (617) 507-6584

**DATED: October 5, 2005**

**CERTIFICATE OF SERVICE**

I, Richard A. Fairbrothers, counsel of record for Plaintiff in this case, hereby certify that I sent a true copy of the above **PLAINTIFF'S STIPULATION REMOVING WITHOUT PREJUDICE INDIVIDUAL LIABILITY OF NORTH PROVIDENCE HOUSING AUTHORITY DEFENDANTS RESERVING THE RIGHT TO VOID THIS STIPULATINO DEPENDING ON FACTS UNCOVERED DURING DISCOVERY** by hand and regular mail, postage pre-paid this 6th day of October 2005 to counsel for all of the Defendants, including non-moving parties, as follows:

Edward John Mulligan, Esq.
1220 Pontiac Avenue, Suite 303
Cranston, Rhode Island 02920

Joseph M. DiGianfilippo, Esq.
Vieira & DiGianfilippo
50 Park Row West, Suite 101
Providence, Rhode Island 02903

Karen Corcoran, Esq. & Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906-2563

Richard A. Fairbrothers