UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHYLLIS BURGESS<br>*Plaintiff,*<br>vs.<br><br>NORTH PROVIDENCE HOUSING AUTHORITY; CAROL PONTARELLI, IN HER OFFICIAL CAPACITY AS CHAIR OF THE AUTHORITY, DONNA CONWAY, IN HER CAPACITY AS EXECUTIVE DIRECTOR OF THE AUTHORITY, ROSEMARY ANDREOZZI, IN HER CAPACITY AS VICE CHAIR OF THE NPHA, BENJAMIN ACETO, AS A MEMBER OF THE AUTHORITY'S BOARD, JOHN L. ZAMBARANO, AS A MEMBER OF THE AUTHORITY'S BOARD, STEVEN DILORENZO, AS A MEMBER OF THE AUTHORITY'S BOARD, AND TOWN COUNCIL MEMBER JOHN A. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE NORTH PROVIDENCE TOWN COUNCIL,<br>*Defendants.* | No. 05 458 S<br>(formerly C.A. No. PC04-5801) |

**STIPULATION**

Now come the defendants and agree to the Removal of above named case from the Providence County Superior Court to the United States District Court for the District of Rhode Island in accordance with 28 U.S.C. §1441 and 28 U.S.C. §1446.

Defendant,
Town Council Member, John A.
Zambarano, individually and as a member of
the North Providence Town Council,
By his attorneys,

Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true and accurate copy of the within *Stipulation* was mailed postage prepaid on this 3rd day of November, 2005 to:

Richard A. Fairbrothers, Esq.
1313 Washington Street, Suite 515
Boston, MA 02118-2060

Herather L. Melnyk, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Joseph M. DiGianfilippo
Vieira & DiGianfilippo
50 Park Row West
Suite 101
Providence, RI 02903