UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHYLLIS BURGESS, Plaintiff, | ) | |
| v. | ) | C.A. 05-458S S |
| NORTH PROVIDENCE HOUSING AUTHORITY, CAROL PONTARELLI, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CHAIR OF THE AUTHORITY, DONNA CONWAY, INDIVIDUALLY AND IN HER CAPACITY AS EXECUTIVE DIRECTOR OF THE AUTHORITY, ROSEMARY ANDREOZZI, INDIVIDUALLY AND IN HER CAPACITY AS VICE CHAIR OF THE AUTHORITY, BENJAMIN ACETO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, JOHN L. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, STEVEN DILORENZO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, AND TOWN COUNCIL MEMBER JOHN A. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE NORTH PROVIDENCE TOWN COUNCIL, Defendants. | ) | **(Formerly in RI S.Ct. No. 04-5801)** |

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL FOR THE LIMITED PURPOSE OF CHALLENGING JURISDICTION AND SEEKING REMAND**

I, Mark Dana, Esq., an attorney licensed to practice before this Honorable Court, hereby enter an appearance for Plaintiff, Phyllis Burgess, for the limited purpose of challenging the jurisdictional basis of Defendants Petition for Removal of this case from the Rhode Island Superior Court.

Phyllis Burgess,
By counsel:

Mark Dana, Esq., #4150
Law Office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909
(401)454-1222(Tel.) / (401) 490-4834 (fax)

***CERTIFICATION***

I hereby certify that on this 2nd day of December, 2005, I mailed a true copy of the within ***Notice*** to ***Edward John Mulligan, Esq., 1220 Pontiac Avenue, Suite 303, Cranston, RI 02920, Joseph M. DiGianfilippo, Esq., Vieira & DiGianfilippo, 50 Park Row West, Suite 101, Providence, RI 02903*** and ***Katherine K. Corcoran, Esq., Desisto Law, 211 Angell Street, PO Box 2653, Providence, RI 02906***

of The Law Office of Mark Dana, Esq.