UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHYLLIS BURGESS,<br>Plaintiff,<br><br>v.<br><br>NORTH PROVIDENCE HOUSING AUTHORITY, CAROL PONTARELLI, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CHAIR OF THE AUTHORITY, DONNA CONWAY, INDIVIDUALLY AND IN HER CAPACITY AS EXECUTIVE DIRECTOR OF THE AUTHORITY, ROSEMARY ANDREOZZI, INDIVIDUALLY AND IN HER CAPACITY AS VICE CHAIR OF THE AUTHORITY, BENJAMIN ACETO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, JOHN L. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, STEVEN DILORENZO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, AND TOWN COUNCIL MEMBER JOHN A. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE NORTH PROVIDENCE TOWN COUNCIL,<br>Defendants. | ) | C.A. 05-4585<br><br>**(Formerly in RI S.Ct. No. 04-5801)**<br><br>**BURGESS AFFIDAVIT: REMAND 12/01/05** |

**AFFIDAVIT OF PHYLLIS BURGESS IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND THIS CASE TO THE RHODE ISLAND SUPERIOR COURT**

NOW COMES Phyllis Burgess, Plaintiff in this action, and deposes and says under oath as follows:

1. My name is Phyllis Burgess and I am the Plaintiff in the above-captioned lawsuit. I do not intend voluntarily to submit to the jurisdiction of the Federal District Court by filing this affidavit.
2. I live in North Providence, Rhode Island.

**EXHIBIT "A"**

3. I am currently an employee of the North Providence Housing Authority. The title of my position is "Section 8 Coordinator."

4. I retained a lawyer in Rhode Island when my employer during late Spring 2004 began to impose discipline on me even though I was not violating any of the Housing Authority's personnel rules and regulations.

5. I instructed my attorney to file a charge of discrimination with the Rhode Island Commission for Human Rights ("RICHR") in October 2004 alleging age, sex, perception of disability and retaliation discrimination pursuant to the Rhode Island Fair Employment Practices Act—the state's employment anti-discrimination law. My lawyer did file such a charge and then the charge was removed from the RICHR in or about July 2005. Thereafter, the charge was used as the basis for my lawyer's request to amend my then pending Superior Court lawsuit to include three (3) new counts under Rhode Island law, specifically Counts 14 – 16.

6. The relevant motion to amend was filed by my state court attorney on September 22, 2005. That motion, while scheduled to be heard in Superior Court on October 6, 2005, was passed by agreement between my lawyer and counsel for the North Providence Housing Authority, Mr. Edward Mulligan. As of this day the state court has not heard argument in nor approved my September 22, 2005 motion to amend.

7. I never agreed to the stipulation filed on October 6, 2005 by my lawyer, including the Complaint attached thereto, nor did I sign where required on page 43. I was told by my lawyer that the stipulation and complaint were filed at the insistence of

Mr. Mulligan in order to facilitate a possible settlement offer by his client that could have resolved my state court case.

8. My lawsuit is focused on state law and I never sought nor intended to have my claims litigated in Federal Court in Rhode Island. I respectfully request that the Federal District Court Judge assigned to my motion herein issue an order of remand so that I can get back before the Rhode Island Superior Court to pursue my request to amend my lawsuit under Rhode Island law as my lawyer did in his filing on September 22, 2005. Then I can continue moving toward a trial in that case.

9. I have granted my attorney in Federal Court to voluntarily dismiss Counts 14 – 16 with prejudice. The counts are not important enough to spend time and effort on when there are so many other important issues in my case that I can pursue when back in Superior Court.

10. I agree that my attorney in Federal Court is entering a special appearance for the sole reason of helping me contest jurisdiction and he should be allowed to withdraw if the Court decided that jurisdiction is proper in the Federal District Court.

**THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND I AFFIRM UNDER THE PAINS AND PENALTIES OF PERJURY, THAT I EXECUTE THIS AFFIDAVIT FREELY AND UNDERSTANDING THE REPRESENTATIONS MADE HEREIN:**

Phyllis Burgess

**Phyllis Burgess**

**I attest that the person signing and swearing to the truth of the contents of this affidavit is known to me as Phyllis Burgess.**

Jennifer Yacaray

**Notary**
**Commission expires** 2-24-09