State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

December 21, 2004

Edward John Mulligan, Esq.
1220 Pontiac Avenue, Suite 303
Cranston, RI 02920

**RE: Burgess v. North Providence Housing Authority (OMA Complaint)**

Dear Mr. Mulligan,

Enclosed please find correspondence to this Department from Attorney Fairbrothers regarding the above-captioned matter. By letter, Attorney Fairbrothers has formally withdrawn the Open Meetings Act complaint filed with the Office of Attorney General on December 9, 2004. Hence, we are closing our file in this matter as of today and will no longer pursue the investigation currently underway.

Notwithstanding, we thank you for your timely response to the allegations as requested by this office by letter dated December 13, 2004.

If you have any questions, please feel free to contact me.

Very truly yours,

Christy Hetherington

Christy Hetherington
Special Assistant Attorney General
Extension 2425

CH/pl
Enclosure

cc: Joseph Digianfilippo, Esq.