RECEIVED

DEC 07 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHYLLIS BURGESS,<br>Plaintiff<br><br>v.<br><br>NORTH PROVIDENCE HOUSING AUTHORITY, CAROL PONTARELLI, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CHAIR OF THE AUTHORITY, DONNA CONWAY, INDIVIDUALLY AND IN HER CAPACITY AS EXECUTIVE DIRECTOR OF THE AUTHORITY, ROSEMARY ANDREOZZI, INDIVIDUALLY AND IN HER CAPACITY AS VICE CHAIR OF THE AUTHORITY, BENJAMIN ACETO, INDIVIDUALLY AND AS MEMBER OR THE AUTHORITY'S BOARD, JOHN L. ZAMBARANO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, STEVEN DILORENZO, INDIVIDUALLY AND AS A MEMBER OF THE AUTHORITY'S BOARD, AND A TOWN COUNCIL MEMBER JOHN A. ZAMBARANO,INDIVIDUALLY AND AS A MEMBER OF THE NORTH PROVIDENCE TOWN COUNCIL,<br>Defendants. | C.A. NO.: 05-458-S<br><br>PROPOSED JUDGMENT AND ORDER OF REMAND<br><br>(R.I. SUPERIOR COURT P.C. NO.: 04-5801) |

**PROPOSED JUDGMENT AND ORDER OF REMAND**

THE ABOVE MATTER was removed to this court by the defendants, pursuant to the provisions of 28 U.S.C. § 1331 and is one which may be removed to this court by the defendants pursuant to 28 U.S.C. § 1441 (a)-(d), based on federal question.

The plaintiff having filed a timely Motion to Remand and stating and requesting in said Motion to Remand: "As an alternative basis for remand * * * that Plaintiff be

allowed to * * * dismiss the (federal) counts in their entirety," and the removing defendants posing no objection to the dismissal of all federal claims, or possible federal claims, and that judgment in this regard enter in their behalf, it is hereby

ORDERED AND ADJUDGED

1 That plaintiff no longer has no federal claims or federal damages actions in the above matter, past, present or future against any of the defendants or any of their heirs, successors, representatives or assigns and such federal claims or federal damage actions are dismissed WITH PREJUDICE.

2. That because of said judgment that plaintiff no longer has any federal claims or federal damage actions against any of the defendants aforesaid, plaintiff will take nothing, including counsel fees, on said federal claims or federal damage actions, then this court declines to take jurisdiction over the remaining state claims and those state claims are remanded to the state court.

3. That defendants be awarded costs in connection with said removal.

DATED: THIS ____DAY OF DECEMBER, 2005.

ENTER: PER ORDER

_________________________ ____________________

Presented by:
Edward John Mulligan #0443
1220 Pontiac Avenue, Suite 303,
Cranston, R.I. 02920
Tel: (401) 944-5820